IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:08-CR-15-BO

| | |
|---|---|
| DAMONE KEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER TO FILE UNDER SEAL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

This matter coming on for consideration, it is hereby

ORDERED that the Respondent's Motion to Dismiss (DE #32) and Memorandum in Support of Motion to Dismiss (DE #33) filed under seal be allowed.

The **18** day of September, 2013.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge