# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 6/17/2014
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America )<br>v. )<br>Damone Key )<br>) Case No: 2:08-CR-15-1BO<br>) USM No: 51167-056<br>Date of Original Judgment: September 30, 2008 )<br>Date of Previous Amended Judgment: N/A ) Laura S. Wasco<br>*(Use Date of Last Amended Judgment if Any)* Defendant's Attorney | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The court finds the offense level resulted from application of the career offender guideline.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated September 30, 2008, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 6-17-14

Judge's signature: *Terrence W. Boyle*

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, United States District Judge
Printed name and title

EDNC 7/26/2012