UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:08-CR-15-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMONE KEY | ORDER TO SEAL |

On motion of the Defendant, Damone Key, and for good cause shown, it is hereby ORDERED that DE 62 be sealed until further notice by this Court.

IT IS SO ORDERED.

This **28** day of **June**, 2019.

*Terrence Boyle*
TERRENCE W. BOYLE
Chief United States District Judge